IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS RAY FRAZIER**   **PLAINTIFF**
**#650936**

V.   **NO. 4:22-cv-00614-JM-ERE**

**S. BAKER,** *et al.*   **DEFENDANTS**

## ORDER

The Court has received a Recommendation filed by Magistrate Judge Edie R. Ervin. Mr. Frazier has not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Frazier's motion for a temporary restraining order (*Doc. 3*) is DENIED.

IT IS SO ORDERED, this 19th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE