# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                                                             **PLAINTIFF**
**#650936**

V.                                                   **NO. 4:22-cv-00614-JM**

**S. BAKER**, *et al.*                                                                   **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Frazier's claims are DISMISSED, without prejudice, based on his failure to state a plausible claim for relief against Defendants.

IT IS SO ORDERED, this 21st day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE